Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Law Offices of Peter Strojnik
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-07367 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SALONI INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that this case has settled. The parties request that the Court retain jurisdiction for 45 days to allow the parties time to memorialize the settlement and file dismissal papers.

RESPECTFULLY SUBMITTED this 13th day of September, 2024.

**LAW OFFICES OF PETER STROJNIK**

By /s/ Peter Kristofer Strojnik
Peter K. Strojnik (242728)
Attorneys for Plaintiff