P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

James S. Link (SBN 94280)
Counselor & Advocate at Law
215 N. Marengo, 3rd Floor
Pasadena, CA 91101
(626) 793-9570
james.s.link@att.net

Attorney for Defendant Saloni Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SALONI INC.,<br><br>Defendant. | Case No.: 2:23-cv-07367-WLH-MAR<br><br>**Joint Stipulation For Dismissal Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)(ii)** |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and based on the settlement of this action stated on the record on September 13, 2024 in a settlement conference before Magistrate Judge Margo A. Rocconi, which has been finalized in a written and executed settlement agreement, Plaintiff Theresa Brooke and Defendant Saloni Inc., through their respective attorneys, having full authority to

**1**
**Joint Stipulation For Dismissal Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)(ii)**

do so, stipulate that the entire action is dismissed with prejudice.  It is agreed that each party shall bear his/her/its own costs and attorneys' fees.

Date:  September 30, 2024     /s/P. Kristofer Strojnik
                              P. Kristofer Strojnik
                              Attorneys for Plaintiff


Date:  September 30, 2024     _____
                              James S. Link
                              Attorney for Defendant  Saloni Inc.


## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to counsel for Plaintiff Theresa Brooke, and that I have obtained authorization to affix Plaintiff counsel's electronic signature to this document.

Date: September 30, 2024      _____
                              James S. Link
                              Counsel for Defendant Saloni Inc.